IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LIUDMILA NEVAREZ, | § § § | |
| Plaintiff, | § § | |
| v. | § § | NO. 22-CV-00442-DCG-MAT |
| RUBEN NEVAREZ, | § § § | |
| Defendant, | § | |

**REPORT ON SETTLEMENT CONFERENCE**

COMES NOW United States Magistrate Judge Leon Schydlower, who presided over the settlement conference in the above-styled case, and files this report.

Attorney Gregory McLawsen was present on behalf of Plaintiff. Attorney Robert Perez was present on behalf of Defendant.

**The matter SETTLED**.

SIGNED and ENTERED this 12th day of October, 2023.

_____
LEON SCHYDLOWER
UNITED STATES MAGISTRATE JUDGE